UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

DANIEL RICHARD DOLL

Debtor.

Chapter 13
Case No.: 17-20831 MER

### DEBTOR'S RESPONSE TO ORDER OF FEBRUARY 7, 2020

COMES NOW Debtor, Daniel Richard Doll, by and through his counsel Stephen Berken, and hereby responds to the Court's Order of February 7, 2020 and represents as follows:

1. Debtor filed for relief under Chapter 13 on November 28, 2017.
2. Debtor filed a proposed plan on March 20, 2019 (doc. #69). An evidentiary hearing was conducted on August 29, 2019. On February 7, 2020, this court entered an order denying confirmation. The court found that, in addition to the payments set forth in the March 20, 2019 plan of $1,150 per month, Debtor has an additional $1,881 per month of disposable income.
3. Per the Order of February 7, 2020 (doc. #141), Debtor is to file an Amended Plan by March 2, 2020 in conformity with the Order of February 7, 2020.
4. Having reviewed his circumstances, including present wages and expenses, and costs of caring for his two dependent children, Debtor cannot feasibly, and in good faith, propose a plan calling for payments of $3,031 per month.

WHEREFORE, Debtor will not be filing a plan on or before March 2, 2020, nor prosecute another plan in this Chapter 13 proceeding.

Dated: February 28, 2020

By: */s/Stephen Berken*
Stephen Berken #14926
BERKEN CLOYES PC
1159 Delaware St.
Denver, CO 80204
(303) 623-4357
stephenberkenlaw@gmail.com

1

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 29, 2020, I served by the CM/ECF system, or via pre-paid first-class mail and/or other acceptable means, a copy of the foregoing **DEBTOR'S RESPONSE TO ORDER OF FEBRUARY 28, 2020** on all parties against whom relief is sought and those otherwise entitled to service, pursuant to the FED.R.BANKR.P. and these L.B.R., at the following addresses:

Daniel Doll
344 Columbine Dr
Rifle, CO 81650-9353

Chapter 13 Trustee
Adam M. Goodman
P.O. Box 1169
Denver, CO 80201-1169

Charles H. Willman
811 Blake Ave
Glenwood Springs, CO 81601-3423

Janeway Law Firm
9800 S Meridian Blvd Ste 400
Englewood, CO 80112

Barrett Frappier & Weisserman, LLP
4004 Belt Line Rd Ste. 100
Addison, TX 75001

Cavalry SPV I, LLC
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

Diana A. Ray
811 Blake Ave
Glenwood Springs, CO 81621

By: _/s/ Sean Cloyes_