**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

In re:

DANIEL RICHARD DOLL

Debtor.

Case No. 17-20831 MER

Chapter 1

**NOTICE OF ORAL ARGUMENT BY VIDEO CONFERENCE**

NOTICE IS HEREBY GIVEN that the Court will hear oral arguments on the Debtor's Motion to Disgorge Trustee's Fees on **Thursday, September 10, 2020, at 1:30 p.m.** by Zoom video conference.  Counsel and/or parties should not appear in person.

For security reasons, the Zoom video conference details will not be posted publicly.  The Court will send Zoom invitations via email to counsel and/or parties within one day of the hearing.  Counsel and/or parties shall not, under any circumstances, share, post, and transmit the Zoom video conference link, meeting ID, or password.

A complete list of all video conference participants (attorneys and witnesses), **with the participants' email addresses,** shall be delivered to chambers on or before **September 4, 2020,** by email or thumb drive.

All parties scheduled to take part in the hearing are strongly encouraged to test all equipment ahead of time by taking part in the Court's Zoom training sessions available on Wednesdays from 8:30 to 10:30 a.m.  More information on the training sessions is available on the Court's website at https://www.cob.uscourts.gov/zoom-video-conferences.  Parties who have not tested equipment ahead of time may be excluded from the hearing.  All parties should read the Court's guidelines for zoom video conferences on its website in advance of the video test.  If additional or alternate training times are desired, please contact chambers.

Counsel and/or the parties are strictly prohibited from recording any court proceeding held by video or teleconference, including taking "screen shots" or other visual copies.  Violation of this prohibition may result in sanctions as deemed necessary by the Court.

DATED: August 11, 2020

BY ORDER OF THE COURT:

KENNETH S. GARDNER, CLERK

By: Deborah L. Beatty, Deputy Clerk
    United States Bankruptcy Court
    U.S. Custom House
    721 19th Street
    Denver, Colorado 80202-2508