UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| DANIEL RICHARD DOLL, | : | |
| | : | Case No. 17-20831-MER |
| Debtor. | : | |

_____

CHAPTER 13 TRUSTEE'S SUPPLEMENT TO HIS OBJECTION TO
DEBTOR'S MOTION TO DISGORGE TRUSTEE'S FEES
_____

Comes now, Adam M. Goodman, Chapter 13 Trustee ("Trustee") in the above-styled case and files this Supplement to his Objection to Debtor's Motion to Disgorge Trustee's Fees (Docket #162), and states as follows:

On November 12, 2020, the Bankruptcy Court for the Eastern District of New York issued its Memorandum Decision Denying Debtor's Motion Seeking Disgorgement of the Chapter 13 Trustee's Fees and Reimbursement of Attorney's Fees in *In re Soussis*, Case No. 8-19-73686-reg. A copy of the decision is attached hereto as Exhibit A.

In *In re Soussis*, the bankruptcy court analyzed 28 U.S.C. § 586(e) and 11 U.S.C. § 1326 in the context of the debtor's request for return of Chapter 13 Trustee's fees paid on a dismissed case where a plan was not confirmed. The court denied the debtor's request, finding "[n]ot only is § 586(e)(2) unambiguous in its directive that the Chapter 13 trustee collect and keep the fee upon receipt of plan payments by the debtor, this interpretation is in fact supported by the actual language of § 1326(a)." *Id.* at Page 19 of 23. The court notes that the Nardello[1] decision "while in the minority, appears to have

_____
[1] *In re Nardello*, 514 B.R. 105 (D. N.J. 2014).

1

the better argument regarding the distinction made in § 1326 between payments to creditors and the Chapter 13 trustee's percentage fee." *Id*.

The Trustee asserts that he is authorized to retain the $2,596.70 collected as a percentage fee pursuant to 28 U.S.C. § 586(e), 11 U.S.C. § 1326(a) and (b), and the Chapter 13 Plan. Trustee respectfully requests that this Honorable Court deny Debtor's Motion to Disgorge Trustee's Fees and for such other and further relief that is just and proper.

Dated: November 16, 2020    */s/ Adam M. Goodman*
Adam M. Goodman
Standing Chapter 13 Trustee
1888 Sherman Street, Suite 750
Denver, Colorado 80203
(303) 830-1971 phone
(303) 830-1973 facsimile
agoodman@ch13colorado.com

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing CHAPTER 13 TRUSTEE'S SUPPLEMENT TO HIS OBJECTION TO DEBTOR'S MOTION TO DISGORGE TRUSTEE'S FEES was served by placing the same in the United States Mail, first class postage pre-paid, on November 16, 2020, and/or sent via the Court's electronic CM/ECF filing system, to the following parties:

Daniel Richard Doll
1366 W Spruce Ct
Rifle, CO 81650-3709

Stephen E. Berken
Sean Cloyes
1159 Delaware St
Denver, CO 80204

United States Trustee
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO 80294

Diana A. Ray
811 Blake Ave
Glenwood Springs, CO 81621

Charles H. Willman
811 Blake Ave
Glenwood Springs, CO 81601-3423

                                                               */s/ Jennifer K. Cruseturner*
                                                             Jennifer K. Cruseturner, #44452
                                                             Chapter 13 Trustee's Staff Attorney