# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO
Hon. Michael E. Romero

_____

IN RE:  DANIEL RICHARD DOLL         Bankruptcy Case No. 17-20831 MER

    Debtor.

_____

## NOTICE OF APPEAL

_____

**NOTICE IS HEREBY GIVEN** that the Debtor/Appellant, Daniel Richard Doll, by and through his attorney, Stephen E. Berken, appeals pursuant to 28 U.S.C. §§ 158(a),(c), 158(d)(2)(A) and Fed. R. Bankr. P. 8006, to the United States Bankruptcy Appellate Panel for the Tenth Circuit, from the Order permitting Chapter 13 Trustee Adam Goodman to retain a percentage of fees in a dismissed Chapter 13 case entered on February 19, 2021 at Docket No. 185 within the underlying proceeding.

      The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

<u>Appellant</u>:

    Daniel Richard Doll
    1366 W. Spruce Ct.
    Rifle, CO 81650-3709

Stephen Berken (#14926)
BERKEN CLOYES P.C.
1159 Delaware Street
Denver CO 80204
(303) 623-4357 Phone
(720) 554-7853 Fax
stephenberkenlaw@gmail.com
*Counsel for Appellant*

Appellee:

Adam Goodman
Chapter 13 Trustee.
PO Box 1169
Denver, CO 80201


RESPECTFULLY SUBMITTED this 5th day of March 2021.

    Stephen E. Berken
Stephen E. Berken #14926
BERKEN CLOYES P.C.
1159 Delaware Street
Denver CO 80204
(303) 623-4357 Phone
(720) 554-7853 Fax
stephenberkenlaw@gmail.com

## CERTIFICATE OF MAILING

I, the undersigned, do hereby certify that on this 5th day of March 2021, a true and correct copy of the foregoing **NOTICE OF APPEAL** was placed in the United States mail, postage prepaid, or via the court's electronic filing system/ecf, addressed to the following:

United States Trustee's Office
Byron G. Rodgers Federal Building
1961 Stout Street, Suite 12-200
Denver, CO 80294

Chapter 13 Trustee Adam M. Goodman
PO Box 1169
Denver, CO 80201

Daniel Richard Doll
1366 W. Spruce Ct.
Rifle, CO 81650-3709

*/s/ Stephen E. Berken*